UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | BANKRUPTCY NO. |
| **SHANE JOSEPH VICKNAIR** | 17-12326 |
| | SECTION "A" |
| DEBTOR | CHAPTER 13 |

## ORDER

Considering the Motion to Amend Plan filed by the Debtor **(P-23)**;

**IT IS ORDERED** that the Motion is granted and the First Amended Chapter 13 Plan filed by the Debtor on October 13, 2017 **(P-22)** is allowed and supersedes all previously filed plans.

**IT IS FURTHER ORDERED** that mover shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, October 16, 2017.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge