# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| SHANE JOSEPH VICKNAIR<br>202 LIZA COURT<br>LA PLACE LA 70068 | **17-12326**<br>Chapter 13<br>Section A |

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

Pursuant to FRBP 3002.1(f), your trustee avers that the debtor has paid in full the amount required to cure any default on the claim detailed below. Furthermore, the holder of the claim is hereby informed that if the claim is secured by the debtor's principal residence, and provided for under 11 USC 1322(b)(5) in the debtor's plan, within 21 days after service of this notice, the holder of the claim shall file and serve on the debtor, debtor's counsel, and the trustee a statement indicating (1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) whether the debtor is otherwise current on all payments consistent with 11 USC 1322(b)(5). The statement shall itemize the required cure or postpetition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).

```
SN SERVICING CORP              claim amount: $222,853.77
323 5TH ST                        date filed: November 14, 2017
EUREKA CA  95501                       class: DIRECT PAY
                               acct number: 9267
```

Attorney for debtor:

JENNY ANN ABSHIER
jenny@bigeasybk.com

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| SHANE JOSEPH VICKNAIR<br>202 LIZA COURT<br>LA PLACE LA  70068 | **17-12326**<br>Chapter 13<br>Section A |

## CERTIFICATE OF SERVICE

I certify that the Trustee's Notice of Final Cure Payment was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor and the pertinent creditor, at the addresses listed below:

JENNY ANN ABSHIER
jenny@bigeasybk.com

SHANE JOSEPH VICKNAIR
202 LIZA COURT
LA PLACE LA  70068

SN SERVICING CORP
323 5TH ST
EUREKA CA  95501


11/24/2021                    by:     /s/ Beverly Faulkenbery